UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| GARRETT LINDERMAN, | | |
| | Plaintiff, | |
| v. | | No. C10-5897 RBL/KLS |
| RUBEN CEDENO, DEVON SCHRUM, KAREN BRUNSON, TAMARA ROWDEN, CAIN (FNU), SMITH (FNU), CARROLL RIDDLE, T. SCHNEIDER, McTARSNEY (FNU), PALMER (FNU), MOSELY (FNU), WINTERS (FNU), ASHTON (FNU), NESBITT (FNU), MOHN (FNU), MILLER (FNU), JANE/JOHN DOES, and L. SCHNEIDER, | | ORDER DIRECTING PLAINTIFF TO PROVIDE SERVICE ADDRESS |
| | Defendants. | |

This case has been re-referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Plaintiff has been granted leave to proceed *in forma pauperis*. ECF No. 4.

A review of the docket reflects that the waiver and return of service forms directed to the following defendants have been returned unexecuted:

1. L. Schneider, marked "not at OCC, "employee?" ECF No. 8.

ORDER - 1

2.K. Ashton, marked "forwarding order expired."  ECF No. 9.

3.Rueben Cedeno, marked "unable to forward."  ECF No. 10.

The court is not aware of any other addresses for the above-named Defendants. Therefore, another attempt to complete service on them cannot be made.  Because service cannot be effected, personal jurisdiction over these defendants does not exist in this case and the court has no authority over them at this time.  However, if Plaintiff provides the court with current addresses for these defendants, along with properly completed summons and copies of the complaint, the court can direct that service be again attempted.

The Clerk is directed to send a copy of this Order to Plaintiff and counsel for Defendants. The Clerk is also directed to send to Plaintiff copies of the return of service forms received (ECF Nos. 8, 9, and 10), and appropriate service forms.

**DATED** this   16th  day of March, 2011.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

ORDER - 2