UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARRETT LINDERMAN,

        Plaintiff,

v.

RUBEN CEDENO, DEVON SCHRUM, KAREN BRUNSON, TAMARA ROWDEN, CAIN (FNU), SMITH (FNU), CARROLL RIDDLE, T. SCHNEIDER, McTARSNEY (FNU), PALMER (FNU), MOSELY (FNU), WINTERS (FNU), ASHTON (FNU), NESBITT (FNU), MOHN (FNU), MILLER (FNU), JANE/JOHN DOES, and L. SCHNEIDER,

        Defendants.

NO. C10-5897 RBL/KLS

ORDER EXTENDING PRE-TRIAL DEADLINES

Before the Court is Plaintiff's Motion for Extension of Time to Complete Discovery and Clarification of Deadline on Unserved Defendant. ECF No. 52. Plaintiff requests a 120 day extension of the discovery deadline. *Id.* Defendants do not object to the requested extension due to the recent effectuation of service of process on Defendant Karen Brunson. ECF No. 53.

Plaintiff also requests the status of service on Otto Miller. ECF No. 52. Plaintiff was given an additional 120 days from October 18, 2011 to serve Mr. Miller (ECF No. 47) and Defendants provided the last known address they had for Mr. Miller (ECF No. 48). The docket reflects that the Clerk attempted service on November 3, 2011 at the address provided by Defendants. However, no waiver of service or response has been received. If this

ORDER - 1

individual cannot be served, the Court has no jurisdiction over him and this case must proceed without him.

Accordingly, it is **ORDERED:**

(1) Plaintiff's Motion for Order to Enlarge Discovery (ECF No. 52) is **GRANTED**.

(2) The pre-trial deadlines are extended as follows: (1) discovery shall be completed by **May 11, 2012;** (2) dispositive motions shall be filed by **July 13, 2012;** and (3) the joint status report shall be filed by **September 14, 2012.**

(3) The Clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

DATED this  30th  day of January, 2012.

Karen L. Strombom
United States Magistrate Judge