UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARRETT LINDERMAN,

    Plaintiff,

v.

RUBEN CEDENO, DEVON SCHRUM, KAREN BRUNSON, TAMARA ROWDEN, TANJA CAIN, JULIE SMITH, CARROLL RIDDLE, TRACY SCHNEIDER, KERRI McTARSNEY, CANDACE PALMER, ALVA MOSELY, DIANE WINTERS, KARIN ASHTON, LIZETH NESBITT, DAVID MOHN, OTTO MILLER, LESTER SCHNEIDER, and JANE/JOHN DOES,

    Defendants.

NO. C10-5897 RBL/KLS

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT**

Before the Court is Plaintiff's Motion for Extension of Time to Serve Defendant Otto Miller. ECF No. 55. Under separate Order, the Court is directing Defendant Miller to show cause why the Court should not direct the U.S. Marshal to personally serve Mr. Miller and why costs of the service should not be assessed against him.

Accordingly, it is **ORDERED** that Plaintiff's motion (ECF No. 55) is **GRANTED.** The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this 18th day of April, 2012.

                                                       Karen L. Strombom
                                                     United States Magistrate Judge