UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARRETT LINDERMAN,

    Plaintiff,

v.

RUBEN CEDENO, DEVON SCHRUM, KAREN BRUNSON, TAMARA ROWDEN, TANJA CAIN, JULIE SMITH, CARROLL RIDDLE, TRACY SCHNEIDER, KERRI McTARSNEY, CANDACE PALMER, ALVA MOSELY, DIANE WINTERS, KARIN ASHTON, LIZETH NESBITT, DAVID MOHN, OTTO MILLER, LESTER SCHNEIDER, and JANE/JOHN DOES,

    Defendants.

NO. C10-5897 RBL/KLS

**ORDER DIRECTING DEFENDANT OTTO MILLER TO SHOW CAUSE**

**NOTED FOR: MAY 8, 2012**

    Plaintiff Garrett Linderman has filed a civil rights action under 42 U.S.C. § 1983. The Clerk's Office has attempted to effect service on Defendant Otto Miller pursuant to Federal Rule of Civil Procedure 4(d), but Defendant Otto Miller has not returned a signed Waiver of Service of Summons. The Court, therefore, **ORDERS**:

    (1)    Defendant Otto Miller is **ORDERED** to show cause **on or before May 8, 2012** explaining why the Court should not direct that he be served personally by the U.S. Marshal and why the cost of personal service should not be assessed against him pursuant to Rule 4(d) of the Federal Rules of Civil Procedure.

ORDER - 1

(2) The Clerk shall **note** this matter on the Court's calendar for **May 8, 2012** and shall send a copy of this Order to Defendant Otto Miller (address provided under seal at ECF No. 48), Plaintiff, and counsel for Defendants.

**DATED** this 18th day of April, 2012.

Karen L. Strombom
United States Magistrate Judge