UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARRETT LINDERMAN,

                Plaintiff,

v.

RUBEN CEDENO, DEVON SCHRUM, KAREN BRUNSON, TAMARA ROWDEN, TANJA CAIN, JULIE SMITH, CARROLL RIDDLE, TRACY SCHNEIDER, KERRI McTARSNEY, CANDACE PALMER, ALVA MOSELY, DIANE WINTERS, KARIN ASHTON, LIZETH NESBITT, DAVID MOHN, OTTO MILLER, LESTER SCHNEIDER, and JANE/JOHN DOES,

                Defendants.

NO. C10-5897 RBL/KLS

**ORDER DENYING MOTION TO STAY AND EXTENDING PRE-TRIAL DEADLINES**

Before the Court is Plaintiff's Motion for Order Staying All Case Proceedings Except For Service of Defendant Miller. ECF No. 56. Plaintiff's motion relating to service of Defendant Otto Miller (ECF No. 55) is addressed under separate Order. Having reviewed the motion to stay, Defendants' response (ECF No. 57), and Plaintiff's reply (ECF No. 58), the Court finds that a stay is not appropriate. However, an extension of the pre-trial deadlines is warranted. Plaintiff is currently awaiting shipment of 13 boxes of personal property from Washington State Penitentiary (WSP) which includes his legal and reference books, along with evidence that he intends to use in this case. Plaintiff maintains that he identified this material to be placed and sent in the two free boxes, which are shipped at DOC expense, when

ORDER - 1

he was recently transferred from WSP to Olympic Corrections Center (OCC) near Forks, Washington, but the DOC failed to include the material in the two free boxes. ECF No. 58, at 10. Plaintiff has until May 21, 2012 to arrange for shipment of his remaining boxes. *Id.* Plaintiff is also concerned that he will have sufficient time to file a motion for temporary restraining order.

Accordingly, the Court **ORDERS:**

(1) Plaintiff's motion to stay ((ECF NO. 56) is **DENIED.**

(2) The pre-trial deadlines are extended as follows: (1) discovery shall be completed by **September 28, 2012;** (2) dispositive motions shall be filed by **November 30, 2012;** and (3) the parties' joint status report shall be filed by **February 22, 2013.**

(3) The Clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 18th day of April, 2012.

Karen L. Strombom
United States Magistrate Judge