1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARRETT LINDERMAN,

                   Plaintiff,

  v.

RUBEN CEDENO, DEVON SCHRUM, KAREN BRUNSON, TAMARA ROWDEN, CAIN (FNU), SMITH (FNU), CARROLL RIDDLE, T. SCHNEIDER, McTARSNEY (FNU), PALMER (FNU), MOSELY (FNU), WINTERS (FNU), ASHTON (FNU), NESBITT (FNU), MOHN (FNU), MILLER (FNU), JANE/JOHN DOES, and L. SCHNEIDER,

                   Defendants.

NO. C10-5897 RBL/KLS

ORDER EXTENDING PRE-TRIAL DEADLINES

       Before the Court is Plaintiff's Motion to Enlarge Pre-Trial Deadlines.  ECF No. 64. Defendants are not opposed to a ninety day extension of the deadlines.  ECF No. 65.

       Accordingly, it is **ORDERED:**

       (1)     Plaintiff's Motion for Order to Enlarge Pre-Trial Deadlines (ECF No. 64) is **GRANTED**.

       (2)     The pre-trial deadlines are extended as follows: (1) discovery shall be completed by **December 28, 2012;** (2) dispositive motions shall be filed by **March 1, 2013,** and (3) the parties' joint status report shall be filed by **May 31, 2013.**

ORDER - 1

1       (3)    The Clerk is directed to send copies of this Order to Plaintiff and to counsel for

2   Defendants.

3

4       DATED this 6th day of November, 2012.

5

6                                  Karen L. Strombom

7                                  United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2