UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GARRETT LINDERMAN,<br><br>               Plaintiff,<br><br>  v.<br><br>RUBEN CEDENO, DEVON SCHRUM, KAREN BRUNSON, TAMARA ROWDEN, CAIN (FNU), SMITH (FNU), CARROLL RIDDLE, T. SCHNEIDER, McTARSNEY (FNU), PALMER (FNU), MOSELY (FNU), WINTERS (FNU), ASHTON (FNU), NESBITT (FNU), MOHN (FNU), MILLER (FNU), JANE/JOHN DOES, and L. SCHNEIDER,<br><br>               Defendants. | NO. C10-5897 RBL/KLS<br><br>ORDER EXTENDING DISCOVERY DEADLINE |

Before the Court is Plaintiff's Motion to Extend the Discovery Deadline. ECF No. 67. Defendants do not oppose the extension. ECF No. 68. Plaintiff moves to enlarge the time for conducting discovery in this case by 60 days, to February 28, 2013, due to his recent transfer to a work release facility and attendant circumstances. Plaintiff has shown good cause for this extension which should not impact the remaining pretrial deadlines in this case.

Accordingly, it is **ORDERED:**

(1)    Plaintiff's Motion to Extend Discovery (ECF No. 67) is **GRANTED**.

(2)    Discovery shall be completed by **February 28, 2013.** The remaining pretrial deadlines shall remain unchanged.

ORDER - 1

1      (3)    The Clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

DATED this 7th day of January, 2013.

                             Karen L. Strombom
                             United States Magistrate Judge

ORDER - 2