UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARRETT LINDERMAN,

                Plaintiff,

  v.

RUBEN CEDENO, DEVON SCHRUM,
KAREN BRUNSON, TAMARA
ROWDEN, CAIN (FNU), SMITH
(FNU), CARROLL RIDDLE, T.
SCHNEIDER, McTARSNEY (FNU),
PALMER (FNU), MOSELY (FNU),
WINTERS (FNU), ASHTON (FNU),
NESBITT (FNU), MOHN (FNU),
MILLER (FNU), JANE/JOHN DOES,
and L. SCHNEIDER,

                Defendants.

NO. C10-5897 RBL/KLS

ORDER EXTENDING PLAINTIFF'S
TIME TO RESPOND TO
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT

      Before the Court is Plaintiff's motion seeking an extension of time to respond to
Defendants' motion for summary judgment.  ECF No. 73.  Defendants do not oppose the
extension.  ECF No. 74.  Accordingly, it is **ORDERED:**

      (1)    Plaintiff's motion (ECF No. 73) is **GRANTED**; Plaintiff's response to
Defendants' motion for summary judgment shall be filed on or before **May 10, 2013.**
Defendants may file a reply on or before **May 17, 2013.**

      (2)    The Clerk shall **re-note** Defendants' motion for summary judgment (ECF No.
70) for **May 17, 2013,** and send copies of this Order to Plaintiff and counsel for Defendants.

      DATED this 9th day of April, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1