UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GARRETT LINDERMAN,<br><br>               Plaintiff,<br><br>  v.<br><br>RUBEN CEDENO, DEVON SCHRUM, KAREN BRUNSON, TAMARA ROWDEN, CAIN (FNU), SMITH (FNU), CARROLL RIDDLE, T. SCHNEIDER, McTARSNEY (FNU), PALMER (FNU), MOSELY (FNU), WINTERS (FNU), ASHTON (FNU), NESBITT (FNU), MOHN (FNU), MILLER (FNU), JANE/JOHN DOES, and L. SCHNEIDER,<br><br>               Defendants. | NO. C10-5897 RBL/KLS<br><br>ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

Before the Court is Plaintiff's motion seeking an extension of time to respond to Defendants' motion for summary judgment. ECF No. 73. Defendants do not oppose the extension. ECF No. 74. Accordingly, it is **ORDERED**:

(1) Plaintiff's motion (ECF No. 73) is **GRANTED**; Plaintiff's response to Defendants' motion for summary judgment shall be filed on or before **May 10, 2013.** Defendants may file a reply on or before **May 17, 2013.**

(2) The Clerk shall **re-note** Defendants' motion for summary judgment (ECF No. 70) for **May 17, 2013,** and send copies of this Order to Plaintiff and counsel for Defendants.

DATED this 9th day of April, 2013.

                                                Karen L. Strombom
                                                United States Magistrate Judge