UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARRETT LINDERMAN,

                Plaintiff,

  v.

RUBEN CEDENO, DEVON SCHRUM, KAREN BRUNSON, TAMARA ROWDEN, CAIN (FNU), SMITH (FNU), CARROLL RIDDLE, T. SCHNEIDER, McTARSNEY (FNU), PALMER (FNU), MOSELY (FNU), WINTERS (FNU), ASHTON (FNU), NESBITT (FNU), MOHN (FNU),  MILLER (FNU), JANE/JOHN DOES, and L. SCHNEIDER,

                Defendants.

No. C10-5897 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation.

(2)     Defendants' Motion for Summary Judgment (ECF No. 70) is **GRANTED;** Plaintiff's claims are **dismissed with prejudice**.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, Defendant Stuhr, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 2nd day of August, 2013.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1